# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Charles Leroy Twyman
Defendant.

Western Division
Case Number: 2:07-CR-01049-VBF-1
Initial App. Date: 11/19/2008
Indictment
Initial App. Time: 2:00 PM
Date Filed: 09/26/2007
Violation: 21:846
CourtSmart: 11-19-08

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Jacqueline Chooljian**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Kimberly Carter, Deputy Clerk    John J. Lutejian, Assistant U.S. Attorney    None, Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [✓] preliminary hearing OR [✓] removal hearing / Rule 20.
[✓] Defendant states true name [✓] is as charged [ ] is _____
[✓] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[✓] Attorney: Gregory Nicolaysen, Panel [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
[ ] Special appearance by: _____
[✓] Government's request for detention is: [✓] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[✓] Defendant is ordered: [✓] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[✓] PIA set for: 11-24-08 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[ ] Defendant executed Waiver of Rights. [ ] Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of _____
   [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
   [ ] Warrant of removal and final commitment to issue.
   [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
[ ] Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
[✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

[ ] PSA    [ ] FINANCIAL    [ ] READY    Deputy Clerk Initials: KC

M-5 (03/07)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1