JOHN J. LULEJIAN (Cal. State Bar No. 186783)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8603
Facsimile: (213) 894-3713
E-mail: John.Lulejian@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. CHARLES LEROY TWYMAN, et al. DEFENDANT(S). | CASE NUMBER: CR 07-1049-VBF NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Plea Agreement for Defendant Charles Leroy Twyman; Government's Ex Parte Application for an Order Sealing Document; [Proposed] Order Sealing Documents

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

October 19, 2009
Date

JOHN J. LULEJIAN
Attorney Name

UNITED STATES OF AMERICA
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)  NOTICE OF MANUAL FILING