```
 1 | GEORGE S. CARDONA
   | Acting United States Attorney
 2 | CHRISTINE C. EWELL
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | JOHN J. LULEJIAN (Cal. State Bar No. 186783)
 4 | SHAWN J. NELSON (Cal. State Bar No. 185149)
   | Assistant United States Attorneys
 5 | Violent and Organized Crime Section
   |      1500 United States Courthouse
 6 |      312 North Spring Street
   |      Los Angeles, California 90012
 7 |      Telephone: (213) 894-8603/5339
   |      Facsimile: (213) 894-3713
 8 |      E-mail:   John.Lulejian@usdoj.gov
   |                Shawn.Nelson@usdoj.gov
 9 |
   | Attorney for Plaintiff
10 | UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-1049-VBF |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| CHARLES L. TWYMAN, et al., | ) |
| Defendant. | ) |
| ——————————————— | ) No. CR 07-1075-VBF |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| KENNETH BERNARD RILEY, | ) |
| Defendant. | ) |
| ——————————————— | ) No. CR 07-1141-VBF |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) <u>INFORMATION RE: PRIOR</u> |
| v. | ) <u>CONVICTION FOR FELONY DRUG</u> |
|   | ) <u>OFFENSE FOR DEFENDANT</u> |
|   | ) <u>KENNETH BERNARD RILEY</u> |
| KENNETH BERNARD RILEY, et al., | ) [21 U.S.C. § 851: Proceeding |
| Defendants. | ) to Establish Prior |
|   | ) Conviction] |



JJL:VOC

The United States Attorney charges:

Defendant KENNETH BERNARD RILEY ("RILEY"), prior to committing the offenses alleged in the Indictments in <u>United States v. Charles Leroy Twyman, et al.</u>, Case No. CR 07-1049-VBF, <u>United States v. Kenneth Bernard Riley</u>, Case No. CR 07-1075-VBF, and <u>United States v. Kenneth Bernard Riley, et al.</u>, Case No. CR 07-1141-VBF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about October 31, 1997, in the Superior Court of the State of California, County of Riverside, Case No. RIF72054, defendant RILEY was convicted of Possession/Purchase for Sale of Narcotic/Controlled Substance, in violation of Section 11351 of the California Health and Safety Code.

GEORGE S. CARDONA
Acting United States Attorney

*/s/ Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section

DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief,
Violent & Organized Crime Section

JOHN J. LULEJIAN
SHAWN J. NELSON
Assistant United States Attorneys
Violent & Organized Crime Section