November 10, 2009

The Honorable Valerie Fairbanks
U.S. District Court, Room 9
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Dear Judge Fairbanks;

My name is Brianna Twyman and I am 6 years old.

I am writing this letter for my Daddy, Charles Twyman.

He gave me good care, he read me bedtime stories and he made my lunch. He took me to school every day.

He is the Best Daddy ever and I Love him!

Thank you Judge
Brianna Twyman.

October 19, 2009

The Honorable Valerie Fairbanks
United States District Court, Room 9
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Dear Judge Valerie Fairbanks:

My name is Tommy J. Twyman and I am writing the letter on behalf of my husband Charles Leroy Twyman.

I have known him in many capacities for many years. I would like to inform you that he is and has always been a very loyal and devoted family man. I was attracted to Charles because he had such a large loving heart and has a very pleasant relationship with is children. We have two beautiful children; a son who is now a teenager and a daughter who is six years old to whom he is an excellent father. I believe in this day and time that children benefit from being raised by both parents. He was always at his son's games; he took his daughter to school daily and just treats us extremely well. He certainly completes our family and he is extremely missed. He has the utmost support from friends, family and me his wife.

For your information, I am 42 years old, the mother of two kids, and married of course to Charles Twyman. I have worked for the State of California for 21 years; at this time my position is an Office Technician.

I would like to thank you very much for taking the time to read these letters from friends and family.

Sincerely,

*Tommy J. Twyman*

Tommy J. Twyman

October 19, 2009

The Honorable Valerie Fairbanks
United States District Court, Room 9
Central District of California
312 N. Spring Street
Los Angeles, CA  90012

Dear Honorable Valerie Fairbanks:

My name is Ryan Charles Twyman and I am 14 years old.  I am writing this letter in regards to Charles Leroy Twyman my Daddy.

He is a very fun, playful, happy guy.  He always wants to spend time with me, my sisters and my brother.  He is always showing kindness to everyone and he is always being a giving person.

My Daddy is a real man and is very generous.  He is always making someone happy. He always told me to get good grades in school and that is what I do to make him happy and proud of me.  I love him and hope he comes back home soon.

Sincerely,

*Ryan Twyman*
Ryan C. Twyman

State of Nevada

# Marriage Certificate

No. D771427

State of Nevada } ss.
County of Clark }

This is to certify that the undersigned, Rev. Jon T. Diegel

did on the 30th day of January, 20 05

at Vegas Wedding Chapel, 320 South 3rd Street, Las Vegas, Nevada

join in lawful wedlock CHARLES LEROY TWYMAN

of ONTARIO State/Country of CALIFORNIA

and TOMMY JEAN LYNEX

of ONTARIO State/Country of CALIFORNIA

with their mutual consent, in the presence of Danietta Banks

Rev. Jon T. Diegel
320 South 3rd Street
Las Vegas, NV 89101

Shirley B. Parraguirre, County Clerk