# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | | |
|---|---|---|
| Case No.   CR 07-1049 ABC; CR 07-1163 ABC | | Date   May 21, 2012 |

Present: The Honorable **AUDREY B. COLLINS, CHIEF UNITED STATES DISTRICT JUDGE**

| A.Bridges | Katherine Stride | John Lulejian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Charles Leroy Twyman (1) Charles Leroy Twyman (3) | √ | ☐ | Fred McCurry | ☐ | ☐ | √ | N/A |

**PROCEEDINGS:**   SENTENCING

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   √ Refer to separate Judgment Order.

√ Imprisonment for  120 months  on each of counts  1 of Indictment in CR 07-1049 and on the Single-Count indictment in CR 07-1049.

Count(s)  **to be served concurrently**  120 months on Count 1 in CR 07-1049, and 120 months on Count the Single-Count Indictment in CR 07-1163 all to be served concurrently.

___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

 4  years/months Supervised Release/Probation imposed on count(s)  1 of the indictments.  consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
___ Make $_____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

√ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

√ Pay  $ 200.00  per count, special assessment to the United States for a total of  $_____

___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√ Defendant waives right to appeal. The Court informs defendant of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   √ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at   $_____
√ Filed and distributed judgment. ENTERED.
√ Other  Government dismisses indictments on defendant in the follow cases: CR 07-1048 VBF, CR 07-1142 VBF, and CR 07-1143 VBF in the interest of justice. Medical abstract done in open Court to continue medical treatment at MDC, and treatment to resume once institution has been designated. Transcript ordered sealed.

|   |   |
|---|---|
|   | 1 : 05 |
| Initials of Deputy Clerk | AB |