# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Charles Leroy Twyman DEFENDANT. | CASE NUMBER CR 07-1049-ABC  CR 07-1163-ABC  ABSTRACT OF COURT PROCEEDING |
|---|---|

**TO:** UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

☑ You are hereby notified that the Honorable __Audrey B. Collins__,
☑ United States District Judge   ☐ United States Magistrate Judge, has this date ☑ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☑ Other __Medical treatment to continue while being housed at MDC; Medical treatment to continue once institution designated by the Bureau of Prisons has been established.__

Dated: __5/21/2012__

CLERK U.S. DISTRICT COURT
By: _____ Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles     ☐ Southern Division-Santa Ana     ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)     ABSTRACT OF COURT PROCEEDING     ★ U.S. GPO: 2004-685-310